IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00561-CMA-KMT

ENTITLE INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

CHRISTOPHER L. DURLING, a Utah citizen,
DIRECT TITLE INSURANCE AGENCY, INC., a Colorado corporation,
SPOKO ENTERTAINMENT, LLC, a Utah limited liability company, and
ONGURIA, LLC, a Utah limited liability company,

    Defendants.

## ORDER REGARDING MOTION TO DISMISS

This matter is before the Court on Defendants' Motion to Dismiss (Doc. # 16), filed on April 18, 2011.  Federal Rule of Civil Procedure 15(a)(1)(B) provides that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b).  Plaintiff has filed a timely Amended Complaint (Doc. # 18). Upon review, the Court notes that the Amended Complaint no longer alleges common law fraud or civil conspiracy.  (Compare Doc. # 1 with Doc. # 18.)  Plaintiff has amended its fraudulent concealment claim so that it is against only Defendant Durling rather than against all Defendants.  Plaintiff also has amended its complaint by alleging fraudulent transfer against Defendants Durling, Onguria, and Spoko.  In addition, the Court notes that the Amended Complaint seemingly addresses many of the deficiencies pointed out by Defendants in their Motion to Dismiss.

Accordingly, it is hereby ORDERED that Defendants' Motion to Dismiss (Doc. # 16) is DENIED AS MOOT, in light of Plaintiff's Amended Complaint.

DATED:  May   13  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge