IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00561–CMA–KMT

ENTITLE INSURANCE COMPANY, an Ohio corporation,

      Plaintiff,

v.

CHRISTOPHER L. DURLING, a Utah citizen,
DIRECT TITLE INSURANCE AGENCY, INC., a Colorado corporation,
SPOKO ENTERTAINMENT, LLC, a Utah limited liability company, and
ONGURIA, LLC, a Utah limited liability company,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Joint Motion to Stay Proceedings Pending Settlement Discussions" (Doc. No. 44, filed August 29, 2011) is GRANTED. This case is STAYED. The parties shall file a Joint Status Report on or before September 9, 2011.

Dated: August 30, 2011