IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00561 CMA-KMT

ENTITLE INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

CHRISTOPHER L. DURLING, a Utah citizen,
DIRECT TITLE INSURANCE AGENCY, INC., a Colorado corporation,
SPOKO ENTERTAINMENT, LLC, a Utah limited liability company, and
ONGURIA, LLC, a Utah limited liability company,

    Defendants.

## CONSENT JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant and in accordance with the Stipulated Motion for Entry of Consent Judgment as agreed to by Plaintiff EnTitle Insurance Company, Inc. ("Entitle") and Defendants Christopher L. Durling, Direct Title Insurance Agency, Inc, Spoko Entertainment, LLC, and Onguria, LLC (collectively, "Defendants"), as follows:

### FINDINGS

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Venue in the District of Colorado is proper.

3. The Second Amended Complaint alleges state law claims of (a) breach of contract, (b) fraudulent concealment, and (c) fraudulent transfer.

4. This Consent Judgment is entered into prior to a trial on the merits. Nonetheless, pursuant to a settlement agreement between the parties, Defendants stipulate and agree to entry of this Order in order to resolve the claims asserted against them.

## ORDER

IT IS THEREFORE ORDERED that a consent judgment in the amount of Three Million Nine Hundred Thousand Dollars ($3,900,000.00) is hereby entered against the Defendants, jointly and severally, in favor of EnTitle on the claims asserted against them.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter solely for purposes of construction, modification, and enforcement of this Order.

IT IS SO ORDERED.

DATED: October 19 2011

United States District Court
Judge Christine M. Arguello

AGREED AND ACCEPTED BY:

EnTitle Insurance Company
By: Nick Ferreri
Its: Chief Financial Officer

Christopher L. Durling
Individually

2

_____
Direct Title Insurance Agency, Inc.
By: Christopher L. Durling
Its: President

_____
Onguria, LLC
By: Christopher L. Durling
Its: Managing Member

_____
Spoko Entertainment, LLC
By: Christopher L. Durling
Its: Manager

Denver:20068.1

3.