**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00561-CMA-KMT

ENTITLE INSURANCE COMPANY, an Ohio corporation,

     Plaintiff,

v.

CHRISTOPHER L. DURLING, a Utah citizen,
DIRECT TITLE INSURANCE AGENCY, INC., a Colorado corporation,
DIRECT TITLE INSURANCE AGENCY, INC., a Utah corporation,
DIRECT TITLE , LLC, a Texas limited liability company,
SPOKO ENTERTAINMENT, LLC, a Utah limited liability company, and
ONGURIA, LLC, a Utah limited liability company,

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

     Pursuant to and in accordance with Fed. R. Civ. P. a(2) and the Stipulated

Motion for Dismissal (Doc. # 54), signed by the attorneys for the parties hereto, and the

Court having previously entered a Consent Decree (Doc. # 55) against all Defendants in

favor of Plaintiff, it is

     ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay

his or its own legal fees and costs.

     DATED:  October __20__ , 2011

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge