**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00561-CMA-KMT

ENTITLE INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

CHRISTOPHER L. DURLING, a Utah citizen,
DIRECT TITLE INSURANCE AGENCY, INC., a Colorado corporation,
SPOKO ENTERTAINMENT, LLC, a Utah limited liability company, and
ONGURIA, LLC, a Utah limited liability company,

    Defendants.

---

**AMENDED ORDER FOR DISMISSAL**

---

This matter is before the Court on a Stipulated Motion for Dismissal pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure filed jointly by the Plaintiff EnTitle Insurance Company and Defendants Direct Title Insurance Agency, Inc. and Christopher L. Durling. (Doc. # 54.) The Court previously entered a Consent Judgment against all Defendants in favor of the Plaintiff. (Doc. # 55.) Having considered the aforementioned and being fully apprised of the matter, it is, therefore,

    ORDERED that:

    1.    This action is DISMISSED WITH PREJUDICE;

    2.    Each party shall bear its or his own legal fees and costs; and

3. The Court shall retain jurisdiction over this matter solely for purposes of construction, modification, and enforcement of the Consent Judgment.

SO ORDERED this   16th   day of November, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge